UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEITH PAUL BIRD,

          Plaintiff,

    v.

STACEY BARRETT, et al.,

         Defendants.

Case No.: 3:24-cv-00554-ART-CSD

**ORDER**

Nevada prisoner Keith Bird brings this civil-rights lawsuit to redress constitutional violations that he allegedly suffered while incarcerated by the Nevada Department of Corrections ("NDOC"). (ECF No. 1-1). This Court gave Plaintiff until March 7, 2025, to file a complete application to proceed *in forma pauperis* ("IFP") or pay the full $405 filing fee for this action. (ECF No. 3) Before that deadline expired, Plaintiff moved to compel the NDOC to produce the financial documents that he needs to complete an IFP application. (ECF No. 4). And shortly after that deadline expired, Plaintiff moved for leave to file a complete IFP application, explaining that he only just received his financial documents from prison officials. (ECF No. 5).

Good cause appearing, it is hereby ordered that Plaintiff's motion for leave to file a complete IFP application (ECF No. 5) is granted. The Court considers Plaintiff's IFP application (ECF No. 5-1) to be timely, and it will address that application and screen Plaintiff's complaint in the ordinary course.

It is further ordered that Plaintiff's motion to compel (ECF No. 4) and original incomplete IFP application (ECF No. 1) are denied as moot.

DATED: March 14, 2025

_____
UNITED STATES MAGISTRATE JUDGE