**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE KEITH PAUL BIRD CASES | Case No. 3:24-cv-00554-ART-CSD<br>Case No. 2:20-cv-02093-ART-NJK<br>Case No. 2:24-cv-00120-JAD-NJK |
| | **ORDER GRANTING**<br><br>**STIPULATION TO DISMISS**<br>**WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Interested Party, on behalf of the Defendants named in the above-references, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Heidi H. Demers, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Keith Paul Bird, Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned actions shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

///

The Parties have resolved these matters in their entirety and agree that the Court may accordingly close the cases, with prejudice. Any outstanding deadlines are considered moot.

DATED this 15th day of October 2025.     DATED this 15th day of October 2025.

AARON D. FORD
Attorney General

_____
Keith Paul Bird #84555
*Plaintiff, Pro Se*

*/s/ Heidi H. Demers*
Heidi H. Demers, (Bar No. 17034C)
*Attorneys for Interested Party NDOC*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

_____
Anne R. Traum
United States District Judge

DATED: November 26, 2025